```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 23962
    KRISTINE LYNN BELARDI
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
    SSN XXX-XX-4206
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/25/04 and confirmed on 09/24/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  11505.96 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| AT & T | UNSECURED | NOT FILED | .00 | .00 |
| BARRINGTON BANK & TRUST | UNSECURED | NOT FILED | .00 | .00 |
| BESSETTE CHIROPRACTIC | UNSECURED | NOT FILED | .00 | .00 |
| BEST BUY/HRS | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 465.61 | .00 | 282.96 |
| CITIBANK N A | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK N A | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 9565.60 | .00 | 5813.19 |
| PEARLMAN MD | UNSECURED | NOT FILED | .00 | .00 |
| EVANSTON NW HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | FILED LATE | .00 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| KOHLS | SPECIAL CLASS | 466.81 | .00 | 466.81 |
| LINENS & THINGS | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1417.68 | .00 | 861.55 |
| RETAILERS NATL BANK | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

        Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 11915.70 | .00 | 11915.70 |
| PRINCIPAL PAID | .00 | .00 | 7424.51 | .00 | 7424.51 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 7424.51 | .00 | 7424.51 |

The Debtor's attorney, PETER FRANCIS GERACI        , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $    463.49 .

Refunds to the Debtor totaled $    917.96 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/16/07                          /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 04 B 23962 KRISTINE LYNN BELARDI